UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASSIE GRIFFIN,

    Plaintiff,

v.

BOARD OF PROFESSIONAL
RESPONSIBILITY,

GARLAND PINKSTON, JR.
Clerk, District of Columbia Court of Appeals
ERNEST W. BROOKS
Special Assistant to the Clerk
District of Columbia Court of Appeals
c/o Jacques P. Lerner
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001, *et al.*,

    Defendants.

Civil Action No. 10-396 (EGS)

## MOTION NOT TO DISMISS

I Cassie Griffin is asking this honorable court not to dismiss this case against Defendants District of Columbia Court of Appeals, Garland Pinkston, Jr., Clerk of the District of Columbia Court of Appeals, and Earnest W. Brooks, Special Assistant to the Clerk of the District of the Columbia Court of Appeals. And the Board of Professional Responsibility. Because;

1. It was filed July 8th, 2009 in the Court of Appeals, by Board on Responsibility under seal. Which the clerk of the court never signed the seal. It was signed by Earnest Brooks Deputy Clerk, which he was not a Deputy Clerk, so that makes it false if the right person did not sign it. The only one that can sign a seal is the clerk of the court which would have been Mr. Garland Pinkston, Jr. For Mr. Brooks to change his work title and sign it, something is wrong. That was supposed to be a legal document. Why would he change his work title? If Mr. Pinkston stamped the document he could have signed it. Something is wrong, that is not legal.
2. No one is immune to breaking the law. And the accused defendants broke the law. Falsifying documents, writing false information, about the case.
3. Board on Responsibility and the Court of Appeals with Defendant E. Brooks took a part in false documents. They both broke the law.
4. Bar docket numbers are supposed to follow the correct case. Not to be changed around on your

case, do, that cannot be your case with two different case numbers.

Mr. Jacques Pierson begs a from the court to dismiss this case, when he will. Mr. E. Bugpa has participated. Falsifying legal documents, tampering. I have proof, and evidence to show the court.

David Bugpa
[illegible address]
[illegible] Lakeside [illegible]
Baltimore MD 21215
410-959-0336

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cassie Griffin,<br><br>                    Plaintiff,<br><br>v.<br><br>Board on Professional Responsibility, Elizabeth A. Herman, Elizabeth J. Branda, Charles J. Willoughby, District of Columbia Court of Appeals, E. Brooks, and Garland Pinkston, Jr.<br><br>                    Defendants | Case No. 1:10-cv-00396 (EGS) |

## CERTIFICATE OF SERVICE

    I hearby certify that the following party were served certified mail on June 11th 2010.

Jacques P. Lerner
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001, et al.,

Pro se    Cassie Griffin
1302 Lakeside Avenue
Baltimore, Maryland, 21218
410-889-0336